ANDREW L. PACKARD (State Bar No. 168690)
ERIK M. ROPER (State Bar No. 259756)
EMILY J. BRAND (State Bar No. 267564)
Law Offices of Andrew L. Packard
100 Petaluma Blvd. N., Suite 301
Petaluma, CA 94952
Tel: (707) 763-7227
Fax: (415) 763-9227
E-mail: andrew@packardlawoffices.com
         erik@packardlawoffices.com
         emily@packardlawoffices.com

ROBERT J. TUERCK (State Bar No. 255741)
Jackson & Tuerck
P.O. Box 148
429 W. Main Street, Suite C
Quincy, California 95971
Tel: (530) 283-0406
E-mail: bob@jacksontuerck.com

Attorneys for Plaintiff
CALIFORNIA SPORTFISHING PROTECTION ALLIANCE

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, a non-profit corporation;<br><br>         Plaintiff,<br><br>    vs.<br><br>A&S METALS OF LOS BANOS, INC., a California corporation, and STANLEY G. SILVA, JR., an individual,<br><br>         Defendants. | Case No. 1:11-CV-01878-LJO-DLB<br><br>PLAINTIFF'S ADMINISTRATIVE REQUEST TO APPEAR BY TELEPHONE AT INITIAL STATUS CONFERENCE; AND, ORDER THEREON<br><br>Date: February 14, 2012<br>Time: 9:30 AM<br>Dept.: Courtroom No. 9<br>Judge: Hon. Mag. Judge Dennis L. Beck |

Request is hereby made that counsel for Plaintiff California Sportfishing Protection Alliance be permitted to appear telephonically at the initial status conference scheduled for February 14, 2012 at 9:30 a.m. in this matter.

This request is made to minimize legal fees and costs.  The offices of Plaintiff's lead counsel are in Petaluma, California, some 220 miles from the courthouse.  Consequently, travel time to and from the Court, including parking would require approximately four and one half hours.  In addition, to avoiding fees for counsel's travel time, appearance by phone will avoid costs in the form of mileage charges and tolls.  Finally, appearance by phone will reduce the carbon footprint of the initial status conference.

Counsel for Plaintiff, Andrew L. Packard, may be reached at (707) 763-8203 and is directed to call chambers at (559) 499-5670 the morning of the conference.

Dated: January 30, 2012                                     Respectfully Submitted,

                                                                LAW OFFICES OF ANDREW L. PACKARD

By:     __//s// Andrew L. Packard_____
        Andrew L. Packard
        Attorneys for Plaintiff
        CALIFORNIA SPORTFISHING
        PROTECTION ALLIANCE

**ORDER**

Good cause appearing therefor, Plaintiff's administrative request to appear by telephone at the initial status conference scheduled for February 14, 2012, at 9:30 a.m., is GRANTED

IT IS SO ORDERED.

Dated:  **January 30, 2012**                    /s/ *Dennis L. Beck*
       UNITED STATES MAGISTRATE JUDGE