William W. Funderburk Jr. (SBN 176244)
CASTELLÓN & FUNDERBURK LLP
811 Wilshire Boulevard, Suite 1025
Los Angeles, California 90017
Telephone: (213) 623-7515
Facsimile: (213) 532-3984
wfunderburk@candffirm.com

Attorneys for A&S METALS OF LOS BANOS, INC., a California Corporation, Stanley G. Silva, Jr., an individual

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTSFISHING PROTECTION ALLIANCE, a non-profit corporation,<br><br>Plaintiff,<br><br>vs.<br><br>A&S METALS OF LOS BANOS, INC., a California corporation, and STANLEY G. SILVA, JR., an individual,<br><br>Defendants. | **Case No. 1:11-CV-01878-LJO-DLB**<br><br>**DEFENDANTS' ADMINISTRATIVE REQUEST TO APPEAR BY TELEPHONE AT INITIAL STATUS CONFERENCE; AND ORDER THEREON**<br><br>Date: February 14, 2012<br>Time: 9:30 am<br>Dept.: Courtroom No. 9<br>Judge: Hon. Mag. Judge Dennis L. Beck |

Request is hereby made that counsel for Defendants A&S Metals of Los Banos, Inc. and Stanley G. Silva, Jr. (collectively referred to as "Defendants") be permitted to appear telephonically at the initial status conference scheduled for February 14, 2012 at 9:30 a.m. in this matter.

This request is made to minimize legal fees and costs.  Defendants' counsel is located in Los Angeles, California which is approximately 220 miles (approximately 440 miles roundtrip) from the courthouse.  Travel time to and from the courthouse would require approximately seven (7) hours.  In addition, to avoid fees for counsel's travel time, appearance by phone will avoid costs in the form of mileage charges.

Counsel for Defendants, William W. Funderburk, Jr., may be reached at (213) 623-7515 on the date of the initial status conference.  Defendants' counsel will coordinate with Plaintiff's counsel to arrange a one line conference call and will telephone the Court's chambers at 9:30 a.m.

Dated:  January 31, 2012          Respectfully Submitted,

CASTELLÓN & FUNDERBURK LLP


By:  /s/ William W. Funderburk, Jr.
     William W. Funderburk, Jr.
     Attorneys for Defendants A&S
     Metals of Los Banos, Inc. and Stanley
     G. Silva, Jr.

**ORDER**

Good cause appearing therein, Defendants' administrative request to appear by telephone at the initial status conference scheduled for February 14, 2012, at 9:30 a.m., is GRANTED.

IT IS SO ORDERED.

Dated:   **February 1, 2012**              /s/ Dennis L. Beck
                                                                        UNITED STATES MAGISTRATE JUDGE