# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE,<br><br>                    Plaintiff,<br><br>     vs.<br><br>A&S METALS OF LOS BANOS, INC., et al.,<br><br>                    Defendants.<br>_____/ | CASE NO. CV F 11-1878 LJO DLB<br><br>**ORDER AFTER SETTLEMENT**<br>(Doc. 31.) |

Plaintiff's counsel notified this Court that settlement has been reached. Pursuant to this Court's Local Rule 160, this Court ORDERS the parties, **no later than September 10, 2012,** to file appropriate papers to dismiss or conclude this action in its entirety, or to show good cause why the action has not been dismissed and settlement completed.

Given potential regulatory agency objection to settlement terms, this Court will vacate no pending matters and dates at this time.

Failure to comply with this order may be grounds for the imposition of sanctions on counsel or parties who contributed to violation of this order. *See* Local Rules160 and 272. This Court ADMONISHES the parties and counsel that they are expected to obey the Federal Rules of Civil Procedure and this Court's Local Rules and orders and are subject to sanctions as this Court deems appropriate.

IT IS SO ORDERED.

**Dated:   July 9, 2012**                                         /s/ Lawrence J. O'Neill

UNITED STATES DISTRICT JUDGE